FILED
CLERK, U.S. DISTRICT COURT
AUG 25 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: SACR 11-148 - 18 |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION |
| vs. | ) | |
| Hector Moreno, | ) | |
| Defendant. | ) | |

## I.

A.  (X)   On motion of the Government in a case allegedly involving:

1. ( ) a crime of violence.
2. ( ) an offense with maximum sentence of life imprisonment or death.
3. (X) a narcotics or controlled substance offense with maximum sentence of ten or more years.
4. ( ) any felony - where defendant convicted of two or more prior offenses described above.
5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1  B.   (X)   On motion by the Government/( ) on Court's own motion, in a case
2           allegedly involving:
3       (X)   On the further allegation by the Government of:
4           1.   (X)   a serious risk that the defendant will flee.
5           2.   ( )   a serious risk that the defendant will:
6                a.   ( )   obstruct or attempt to obstruct justice.
7                b.   ( )   threaten, injure or intimidate a prospective witness or
8                     juror, or attempt to do so.
9  C.   The Government ( ) is/(X) is not entitled to a rebuttable presumption that no
10     condition or combination of conditions will reasonably assure the defendant's
11     appearance as required and the safety or any person or the community.
12
13                                    **II.**
14 A.   (X)   The Court finds that no condition or combination of conditions will
15           reasonably assure:
16      1.   (X)   the appearance of the defendant as required.
17           (X)   and/or
18      2.   (X)   the safety of any person or the community.
19 B.   ( )   The Court finds that the defendant has not rebutted by sufficient evidence
20           to the contrary the presumption provided by statute.
21
22                                    **III.**
23     The Court has considered:
24 A.   (X)   the nature and circumstances of the offense(s) charged, including whether
25           the offense is a crime of violence, a Federal crime of terrorism, or involves
26           a minor victim or a controlled substance, firearm, explosive, or destructive
27           device;
28 B.   (X)   the weight of evidence against the defendant;

C. (X) the history and characteristics of the defendant; and

D. (X) the nature and seriousness of the danger to any person or the community.

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A. (X) As to flight risk: Defendant's current state custodial status and pending state matters, lack of bail resources, and prior failures to appear.

B. (X) As to danger: The nature of the charged offense and Defendant's extensive criminal history.

## VI.

A. ( ) The Court finds that a serious risk exists the defendant will:
 1. ( ) obstruct or attempt to obstruct justice.
 2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following:

_____

_____

_____

## VI.

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in

1  custody pending appeal.
2  C.   IT IS FURTHER ORDERED that the defendant be afforded reasonable
3       opportunity for private consultation with counsel.
4  D.   IT IS FURTHER ORDERED that, on order of a Court of the United States or on
5       request of any attorney for the Government, the person in charge of the
6       corrections facility in which defendant is confined deliver the defendant to a
7       United States marshal for the purpose of an appearance in connection with a
8       court proceeding.
9
10 Dated: August 25, 2011

                                                /s/   Arthur Nakazato
                                                ARTHUR NAKAZATO
                                                UNITED STATES MAGISTRATE JUDGE